UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SAFESPAN PLATFORM SYSTEMS, INC.,
LAMBROS APOSTOLOPOULOS, and
PAUL KRISTEN INC.,

                Plaintiffs,

vs.

EZ ACCESS, INC., ANASTASIOS G. HATSIOS,
BRIDGEPLATFORMS, INC., GEORGE HATSIOS
and LINDA LEE NOLTEE,

                Defendants.

**STIPULATION OF SETTLEMENT**

Case No. 06-CV-726 (JSR)

---

    Plaintiffs Safespan Platform Systems, Inc., Lambros Apostolopoulos and Paul Kristen Inc., and defendants defendants EZ Access, Inc., Anastosios G. Hatsios, Bridgeplatforms, Inc., George Hatsios and Linda Lee Noltee, by their undersigned attorneys, hereby stipulate and agree that they have reached an agreement as to the general terms for settlement of this action and further agree to work diligently to reduce the general terms to a settlement agreement and a Stipulation of Dismissal with Prejudice, Permanent Injunction and Judgment that they expect to be submitted within ten days of the date the filing of this Stipulation.

Dated:  July 10, 2014

| | |
|---|---|
| PHILLIPS LYTLE LLP | SCHRÖDER, JOSEPH & ASSOCIATES, LLP |
| By:   s/ Michael J. Berchou           | By:   s/ Linda H. Joseph           |
| Michael J. Berchou | Linda H. Joseph |
| One Canalside | Alicia C. Rood |
| 125 Main Street | 766 Ellicott Street |
| Buffalo, NY  14203-2887 | Buffalo , NY 14203 |
| (716) 847-7078 | ljoseph@sjalegal.com |
| mberchou@phillipslytle.com | arood@sjalegal.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

SO ORDERED

_____
USDJ  7-10-14