UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SAFESPAN PLATFORM SYSTEMS, INC.,
LAMBROS APOSTOLOPOULOS, and
PAUL KRISTEN INC.,

**ORDER GRANTING**
**PERMANENT INJUNCTION**

Plaintiffs,

vs.

Case No. 06-CV-726 A

EZ ACCESS, INC., ANASTASIOS G. HATSIOS,
BRIDGEPLATFORMS, INC., GEORGE HATSIOS
and LINDA LEE NOLTEE,

Defendants.

---

**IT IS HEREBY ORDERED AND ADJUDGED** that defendants EZ Access, Inc., Anastosios G. Hatsios, Bridgeplatforms, Inc., George Hatsios and Linda Lee Noltee, and their respective successors, assigns, officers, agents, servants and employees, and all other persons who are in active concert or participation with them (including any affiliated entities) (collectively, the "Enjoined Parties"), who receive actual notice of this Order, during the period commencing on the date hereof and through and including the date of expiration of each of the patents described herein, are hereby ENJOINED and RESTRAINED from infringing, directly or indirectly, U.S. Patent No. 6,135,240 and/or U.S. Patent No. 6,302,237 by making, using, selling, offering to sell in the United States, or importing into the United States any product, system or method which infringes any claim of said patents, including without limitation the manufacture, use, sale, offer for sale or import of any component, material or apparatus constituting a material part of the invention(s) claimed in said patent(s), which component, material or apparatus is especially made or especially adapted for use in the infringement of any claim of said patents. For purposes of this injunction, components which constitute a material part of the invention(s),

the sale of which is hereby enjoined and restrained, include: (a) flooring panels (also known as deck sheets) with openings which permit or can be adapted to permit a deck clip to be at least partially extended through the opening from above to form or define an eyelet to engage a horizontal cable; (b) a deck clip designed or configured to extend at least partially through an opening in a flooring panel from above to secure the flooring panel to a cable; (c) any component made, sold, offered for sale or imported as a replacement part for a Safespan bridge platform, and especially made or especially adapted for use with a bridge platform which includes cables, flooring panels with openings which permit or can be adapted to permit a deck clip to be at least partially extended through the opening from above to form or define an eyelet to engage a horizontal cable, and a deck clip or means for releasably securing the flooring panels to cables through openings in the flooring panels from above.

The Enjoined Parties are further ENJOINED and RESTRAINED from publishing, posting, distributing or otherwise communicating a hardware catalog or installation booklet, or similar materials, which provide instructions or describe a method or manner of making, building or assembling a bridge platform which infringes any claim of said patents.

SO ORDERED.

Dated: Buffalo, NY
August___, 2014
Sept 18, 2014

RICHARD J. ARCARA, U.S.D.J.