UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SAFESPAN PLATFORM SYSTEMS, INC.,
LAMBROS APOSTOLOPOULOS, and
PAUL KRISTEN INC.,

**FINAL JUDGMENT**

Plaintiffs,

vs.

Case No. 06-CV-726 A

EZ ACCESS, INC., ANASTASIOS G. HATSIOS,
BRIDGEPLATFORMS, INC., GEORGE HATSIOS
and LINDA LEE NOLTEE,

Defendants.

---

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be, and is hereby, granted and entered in favor of plaintiffs Safespan Platform Systems, Inc., Lambros Apostolopoulos and Paul Kristen Inc., and against defendant Bridgeplatforms, Inc., in the full sum of Three Million Seven Hundred Fifty Thousand Dollars ($3,750,000).

**FURTHER**, that the Clerk of the Court is directed to enter this Judgment in favor of plaintiffs Safespan Platform Systems, Inc., Lambros Apostolopoulos and Paul Kristen Inc.

Dated:   Buffalo, NY
         ~~August    , 2014~~
         Sept. 18, 2014

RICHARD J. ARCARA, U.S.D.J.