UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_UNITED STATES DISTRICT COURT_
_FILED_
_SEP 2 3 2014_
_MICHAEL J. ROEMER, CLERK_
_WESTERN DISTRICT OF NY_

SAFESPAN PLATFORM SYSTEMS, INC.,
LAMBROS APOSTOLOPOULOS, and
PAUL KRISTEN INC.,

                    Plaintiffs,                    **FINAL JUDGMENT**

vs.

                                                   Case No. 06-CV-726 A

EZ ACCESS, INC., ANASTASIOS G. HATSIOS,
BRIDGEPLATFORMS, INC., GEORGE HATSIOS
and LINDA LEE NOLTEE,

                    Defendants.

_____

      **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be, and is hereby,

granted and entered in favor of plaintiffs Safespan Platform Systems, Inc., Lambros

Apostolopoulos and Paul Kristen Inc., and against defendant Anastosios G. Hatsios, in the full

sum of One Million Five Hundred Thousand Dollars ($1,500,000).

      **FURTHER**, that the Clerk of the Court is directed to enter this Judgment in favor of

plaintiffs Safespan Platform Systems, Inc., Lambros Apostolopoulos and Paul Kristen Inc.

      **FURTHER,** that plaintiffs may only enforce the judgment in accordance with the terms

of the settlement agreement between the parties.

Dated:   Buffalo, NY
~~August ___, 2014~~
Sept. 18, 2014

                                                   RICHARD J. ARCARA, U.S.D.J.